UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JASON F. MONK,

                Plaintiff,

      v.                                        5:05-CV-430

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                           OF COUNSEL:

BINDER, BINDER LAW FIRM         CHARLES E. BINDER, ESQ.
215 Park Avenue South
6th Floor
New York, NY 10003
Attorney for Plaintiff

HON. GLENN T. SUDDABY           WILLIAM H. PEASE, ESQ.
United States Attorney for the        Assistant U.S. Attorney
Northern District of New York
P.O. Box 7198
100 S. Clinton Street
Syracuse, NY 13261
Attorney for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

### ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 18th day of January 2008.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The decision of the Commissioner is reversed and this case is remanded pursuant to Sentence Four of 42 U.S.C. §405(g) for a proper determination of plaintiff's residual functional capacity, and the possible need for vocational expert testimony.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 5, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge