# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JASON F. MONK

V.                          CASE NUMBER: 5:05-CV-430(NAM/GJD)

COMMISSIONER OF SOCIAL SECURITY


[]          **Jury Verdict.**  This action came before the Court for a trial by jury. The issues  have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, reversing the Commissioner's decision and remanding this case pursuant to Sentence Four of 42 U.S.C. §405(g) pursuant to the Order of the Hon. Norman A. Mordue filed on February 5, 2008.


DATED:        February 5, 2008


Clerk of Court

LKB:lmp